IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-02658-RM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   February 25, 2014 | Courtroom Deputy:   Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| LIONEL HARRIS, | Ronald W. Carlson |
| Plaintiff, | |
| v. | |
| GREGORY LYNN HOEKSTRA, | Thomas M. Henson |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in Session:   2:31 p.m.**
Court calls case.  Appearances of counsel.

Argument and discussion held on **Defendant's Motion to Strike the Plaintiff's Retained Expert Stanley Gale** [Doc. No. 35] and **Plaintiff's Motion to Strike Defendant's Retained Expert** [Doc. No. 38].

Discussion between the court and the parties regarding relevant case law, counsel's positions with respect to the motions to strike, discovery that has been conducted thus far, and if either party will be prejudiced if the court allows both experts.

The court notes if it applies a strict interpretation of the rules, it will do so for both sides.

**ORDERED:**   The court will allow Plaintiff's expert Stanley Gale to have **two weeks from today's date** to prepare a report.  To the extent Defendant's expert Seth Bayer believes a supplemental report is necessary in light of opinions articulated by Mr. Gale, he shall have **two weeks from service** of Plaintiff's report. The parties shall have until **May 31, 2014** for counsel to depose each side's expert.

For the reasons stated on the record, it is

**ORDERED:**  *Defendant's Motion to Strike the Plaintiff's Retained Expert Stanley Gale* [Doc. No. 35, filed 1/8/2014] is **DENIED**.

*Plaintiff's Motion to Strike Defendant's Retained Expert* [Doc. No. 38, filed 1/14/14] is **DENIED**.

HEARING CONCLUDED.
**Court in recess**:   **03:05 p.m.**
Total time in court:   00:34

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.