**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02658-RM-CBS

Lionel Harris,

    Plaintiff,

v.

Gregory Lynn Hoekstra,

    Defendant.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER, having come before the Court upon the Stipulation for Dismissal with Prejudice (ECF No. 52) of the parties by their respective counsel of record, and the Court having examined the Stipulation, now finds that the dismissal should be granted.

IT IS THEREFORE ORDERED that this matter is dismissed with prejudice, each party to pay costs incurred.

DATED this 10th day of September, 2014.

                                                      BY THE COURT:

                                                      RAYMOND P. MOORE
                                                      United States District Judge